# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| | §  CAUSE NO. EP-15-CR-1380-DB(2) |
| v. | § § |
| ODET MADRID, | § § |
| Defendant. | § § |

## MOTION TO REVOKE BOND
## AND FOR ISSUANCE OF ARREST WARRANT

Comes now the United States of America, by and through its United States Attorney for the Western District of Texas, and moves this Court for an Order Revoking the Bond of Defendant, ODET MADRID, and for the issuance of an arrest warrant for the following reason:

Defendant, ODET MADRID, having received adequate notice, failed to appear for Jury Selection and Jury Trial, as required by the conditions of her appearance bond, in the Court of the Honorable David Briones, at 9:00 A.M. on May 23, 2016.

The Government therefore respectfully requests that Defendant's bond in the amount of $10,000.00, secured by the signature and assets of Defendant, and executed on August 26, 2015, be revoked and that a warrant be issued for the arrest of the Defendant.

            Respectfully submitted,

            RICHARD L. DURBIN, JR.
            UNITED STATES ATTORNEY

    By:    /s/
            GREGORY E. McDONALD
            Texas Bar #13547300
            ROBERT ALMONTE II
            Texas Bar #24049479
            Assistant United States Attorneys
            700 E. San Antonio, Suite 200
            El Paso, Texas 79901
            (915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2016, a copy of the forgoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to counsel of record.

                                                  _____/s/_____
                                                  Gregory E. McDonald
                                                  Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | **CAUSE NO. EP-15-CR-1380-DB(2)** |
| **v.** | § § | |
| **ODET MADRID,** | § § § | |
| **Defendant.** | § § | |

**ORDER REVOKING BOND
AND FOR ISSUANCE OF ARREST WARRANT**

On this date came on to be considered the Government's Motion to Revoke bond and for Issuance of Arrest Warrant in the above-entitled and numbered cause, and the Court, having considered same, is of the opinion that said Motion should be granted.

It is therefore ORDERED that Defendant's bond in the amount of $10,000.00, secured by the signature and assets of Defendant, and executed on August 26, 2015, be and it is hereby REVOKED and that a warrant be issued for the arrest of the Defendant.

SIGNED AND ENTERED this _____ day of _____, 2016.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE