FILED
2016 MAY 26 PM 4:17
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY D.T. DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | **CAUSE NO. EP-15-CR-1380-DB(2)** |
| **v.** | § | |
| **ODET MADRID,** | § | |
| **Defendant.** | § | |

**ORDER REVOKING BOND
AND FOR ISSUANCE OF ARREST WARRANT**

On this date came on to be considered the Government's Motion to Revoke bond and for Issuance of Arrest Warrant in the above-entitled and numbered cause, and the Court, having considered same, is of the opinion that said Motion should be granted.

It is therefore ORDERED that Defendant's bond in the amount of $10,000.00, secured by the signature and assets of Defendant, and executed on August 26, 2015, be and it is hereby REVOKED and that a warrant be issued for the arrest of the Defendant.

SIGNED AND ENTERED this 26th day of May, 2016.

DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE